UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                               Case No. 12-bk-14168-MGW

STEN ANDERS ADOLFSSON

                         Debtor.                           Chapter 13 Case
_____/

## NOTICE OF FILING AMENDED CHAPTER 13 PLAN

Debtor, by and through his undersigned attorney, hereby files the attached amended Chapter 13 plan.

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing Amended Chapter 13 plan has been sent by electronic mail or U.S. Mail, postage prepaid, to Terry E. Smith, Chapter 13 trustee, P O Box 6099, Sun City Center, FL 33571-6099; and all creditors on the attached Mailing Matrix on this 22nd day of October, 2012.

                                                                     /s/James Kompothecras
                                                                     JAMES KOMPOTHECRAS, ESQUIRE
                                                                     Attorney for Debtors
                                                                     Suncoast Legal Center, P.A.
                                                                     240 N. Washington Blvd., Suite 317
                                                                     Sarasota, Florida 34236
                                                                     (941) 906-1416
                                                                     FBN 107387

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:12-bk-14168-MGW<br>Middle District of Florida<br>Tampa<br>Mon Oct 22 12:33:21 EDT 2012 | Bank of America, N.A.<br>c/o Matthew H Scott, Esq.<br>110 S.E. 6th Street<br>15th Floor<br>Fort Lauderdale, FL 33301-5004 | United States Bankruptcy Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602-3860 |
| American Express<br>P O Box 981535<br>El Paso, TX 79998-1535 | American Express<br>P O Box 981540<br>El Paso, TX 79998-1540 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| BAC Home Loan Servicing<br>450 American Street<br>Simi Valley, CA 93065-6285 | BAC Home Loan Servicing, LP<br>Attn: Bankruptcy Dept.<br>Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 | Bank of America Corporation<br>Bankruptcy Dept<br>NC4-105-03-14<br>P O Box 26012<br>Greensboro, NC 27420-6012 |
| Bank of America Home Loans<br>7105 Corporate Drive<br>Plano, TX 75024-4100 | Bank of America, N.A.<br>Legal Order Processing<br>FL6-001-02-11<br>P O Box 407090<br>Fort Lauderdale, FL 33340-7090 | Bank of America, N.A.<br>P O Box 21848<br>Greensboro, NC 27420-1848 |
| Bank of America, N.A.<br>P O Box 26012<br>Greensboro, NC 27420-6012 | Chase<br>Attn: Bankruptcy Dept.<br>P O Box 15145<br>Wilmington, DE 19850-5145 | Chase<br>Cardmember Service<br>P O Box 15548<br>Wilmington, DE 19886-5548 |
| Chase<br>P O Box 15298<br>Wilmington, DE 19850-5298 | Citicorp Credit Services<br>Centralized Bankruptcy Dept<br>P O Box 20483<br>Kansas City, MO 64195-0483 | Citicorp Credit Services<br>Centralized Bankruptcy Dept<br>P O Box 20507<br>Kansas City, MO 64195-0507 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Evelyn Adolfsson<br>709 Sandy Nook Street<br>Sarasota, FL 34242-1542 | Gulf Coast Collection Bureau<br>5630 Marquesas Circle<br>Sarasota, FL 34233-3331 |
| Gulf Coast Collection Bureau<br>5690 Marquesas Circle<br>Sarasota, FL 34233-3331 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Sarasota Memorial<br>Physician Services, Inc<br>1991 Main Street, Suite 145<br>Sarasota, FL 34236-5934 |
| Sarasota Memorial Hospital<br>P O Box 203600<br>Austin, TX 78720-3600 | Sarasota Memorial Hospital<br>P O Box 863414<br>Orlando, FL 32886-3414 | Sarasota Memorial Hospital<br>Patient Financial Services<br>1991 Main Street, Suite 146<br>Sarasota, FL 34236-5934 |
| Sears Credit Cards<br>P O Box 6282<br>Sioux Falls, SD 57117-6282 | Travelers<br>One Tower Square<br>Hartford, CT 06183-1001 | Travelers<br>P O Box 660307<br>Dallas, TX 75266-0307 |

| | | |
|---|---|---|
| Travelers of Florida<br>AAA South-Sarasota<br>P O Box 31087<br>Tampa, FL 33631-3087 | James Kompothecras<br>Suncoast Legal Center, PA<br>240 N Washington Blvd, Suite 317<br>Sarasota, FL 34236-5965 | Sten Anders Adolfsson<br>5321 Silver Leaf Lane<br>Sarasota, FL 34233-3205 |
| Terry E Smith<br>PO Box 6099<br>Sun City Center, FL 33571-6099 | End of Label Matrix<br>Mailable recipients   33<br>Bypassed recipients   0<br>Total   33 | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CHAPTER 13 PLAN

Debtor(s) Sten Anders Adolfsson      Case No: 12-bk-14168-MGW

Amended Chapter 13 Plan

**1. MONTHLY PLAN PAYMENTS**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.   $ 142.00 for months 1 to 60;
B.   $ N/A   for months _____ to _____;
C.   $ N/A   for months _____ to _____;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $3,850.00    TOTAL PAID $1,342.00**

**Balance Due $2,508.00**                    **Payable Through Plan $133.00 Monthly**

**3. PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

**Name of Creditor**                                                      **Total Claim**
None _____
_____
_____

**TRUSTEE FEES:**  Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS**:

   **Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

| Name of Creditor | Collateral | Adequate Protection Pmt. in Plan |
|---|---|---|
| | | |
| | | |
| | | |

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Estimated Payment |
|---|---|---|
| | | |
| | | |
| | | |

**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Collateral | Arrearages |
|---|---|---|
| | | |
| | | |
| | | |

**(C) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| | | |
| | | |

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

**Creditor       Collateral       Ad. Prot. Pmt.       Sec. Balance       Interest @5.25%**
None _____

_____

_____

**(E) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

**Creditor       Collateral       Ad. Prot Pmt. in Plan   Value   Interest @ _____ %**

_____

_____

_____

**(F) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

**Name of Creditor     Collateral       Ad. Prot. Pmt. in Plan       Arrearages**

_____

_____

_____

**(G) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

**Name of Creditor                                               Property/Collateral**
None _____

_____

_____

3

**(H)  Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan.  Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights.  The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Bank of America, N.A. | 709 Sandy Nook Street, Sarasota, FL 34242 |
| Bank of America Home Loans | 709 Sandy Nook Street, Sarasota, FL 34242 |

## SECURED – LIENS TO BE AVOIDED/STRIPPED:

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| None | | |

## LEASES/EXECUTORY CONTRACTS:

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| | | | |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan.  The estimated dividend to unsecured creditors is $5,491.00.

## ADDITIONAL PROVISIONS:

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions: _____

_____

_____

_____  Dated: 10-22-12
Debtor


_____  Dated: _____
Debtor